Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

*Attorneys for Defendant Indian Harbor Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMELDA VILLAREAL Special Administrator for the Estate of ERDIE RABARA, <br><br> Plaintiff, <br><br> vs. <br><br> INDIAN HARBOR INSURANCE COMPANY; DOE INDIVIDUALS I through X; ROE INSURANCE ENTITIES I through X; and ROE BUSINESS ENTITIES I though X, inclusive, <br><br> Defendants. | CASE NO. 2:23-cv-01729-GMN-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

1

The parties, by and through their undersigned counsel, and in accordance with LR IA 6-2, and LR 7-1, hereby stipulate and agree that this litigation be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 16th day of May 2024.

LADAH LAW FIRM

*/s/ Anthony L. Ashby, Esq.*
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 4911
517 South Third Street
Las Vegas, Nevada 89101
Telephone: 702-252-0055
*Attorneys for Plaintiff*

DATED this 16th day of May 2024.

REISMAN SOROKAC

*/s/Louis E. Garfinkel, Esq.*
LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
JODY W. HAGINS, ESQ.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
*Attorneys for Defendant*
*Indian Harbor Insurance Company*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 17, 2024